

Clear Form

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| GREGORY JONES and DARLENE JONES, as successors in interest to Eric Jones; GREGORY JONES, an individual; and DARLENE JONES, an individual,<br>　　　　　　　　Plaintiff<br>　　　　v.<br>COUNTY OF DEL NORTE, CALIFORNIA, a political subdivision of the State of California; RAMSAY WILLIAMSON, an individual; and DOES 1 through 10, inclusive,<br>　　　　　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CV 08     3222

Civil Action No.

BZ

**Summons in a Civil Action**

To: COUNTY OF DEL NORTE, CALIFORNIA; RAMSAY WILLIAMSON; DOES 1 through 10

*(Defendant's name)*

A lawsuit has been filed against you.

　　　Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Eric R. Maier
Maier Shoch LLP
633 W. Fifth St., Ste. 5880
Los Angeles, CA 90071

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court
**ANNA SPRINKLES**

Date: ___JUL - 3 2008___

　　　　　　　　　　　　　　　　　　　　　　　　　Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*