**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JONES, et al, | No   C 08-3222 BZ |
|     Plaintiffs, | REASSIGNMENT ORDER |
|     v | |
| DEL NORTE, CALIFORNIA, et al, | |
|     Defendants. | |

Inasmuch as the events that gave rise to this lawsuit occurred in Del Norte County and at least some of the parties are from that area, IT IS HEREBY ORDERED that pursuant to General Order 44(D)(1) this matter is reassigned to the Honorable Nandor J Vadas, United States Magistrate Judge, in the Eureka division.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge