John M. Vrieze, CSB #115397
William F. Mitchell, CSB #159831
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GREGORY JONES and DARLENE JONES, as successors in interest to Eric Jones; GREGORY JONES, an individual; and DARLENE JONES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF DEL NORTE, CALIFORNIA, a political subdivision of the State of California; RAMSAY WILLIAMSON, an individual; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.: CV 08-3222 NJV<br><br>**ANSWER TO COMPLAINT**<br>**[Jury Trial Requested]** |

Defendants RAMSEY WILLIAMSON, erroneously named RAMSAY WILLIAMSON, and COUNTY OF DEL NORTE answer the complaint on file herein as follows:

### INTRODUCTION

1. Answering paragraph 1 of the complaint, defendants admit that Eric Jones was pulled over by members of the Del Norte County Sheriff's Department on May 16, 2008. Defendants lack sufficient information or belief to admit or deny the remaining

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P O Drawer 1008
Eureka, CA 95502

1
ANSWER TO COMPLAINT

allegations in the first two sentences of said paragraph, and based on such lack of information or belief, defendants deny each and every, all and singular, generally and specifically the remaining allegations contained therein. Answering the remaining sentences of paragraph 1, defendants admit that a dog was shot for officer protection, after which Eric Jones was struck with two bullets, killing him, in self-defense. Further responding to paragraph 1, defendants deny each and every, all and singular, generally and specifically the remaining allegations contained therein.

## JURISDICTION AND VENUE

2. Answering paragraphs 2 through 4, inclusive, defendants do not dispute the grounds upon which plaintiffs assert jurisdiction and venue, but deny that a factual or legal basis exists for their claims.

## PARTIES

3. Answering paragraphs 5 and 6, inclusive, defendants lack sufficient information or belief to admit or deny the allegations, and based on such lack of information or belief, defendants deny each and every, all and singular, generally and specifically the remaining allegations contained therein.

4. Answering paragraphs 7 and 8, inclusive, defendants admit that Ramsay Williamson was acting within the course and scope of his employment when attempting to lawfully detain the decedent for investigative purposes on May 16, 2008; and, while specifically denying any liability and/or damages for "each of the acts alleged in this complaint," defendants admit the remaining allegations contained therein.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

5. Answering paragraphs 9 and 10, inclusive, while specifically denying any liability and/or damages arising from "the conduct alleged in the complaint," defendants admit that the County of Del Norte received governmental claims from Darlene Jones

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2
ANSWER TO COMPLAINT

and Greg A. Jones on or about June 16, 2008, and defendants admit these claims were rejected on June 18, 2008. Further answering the allegations in said paragraphs, defendants deny each and every, all and singular, generally and specifically, the allegations contained therein.

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

6. Answering the allegations of the first two sentences of paragraph 11, defendants lack sufficient information or belief to admit or deny the allegations, and based on such lack of information or belief, defendants deny each and every, all and singular, generally and specifically the remaining allegations contained therein. Answering the third sentence of paragraph 11, defendants admit the allegations contained therein.

7. Answering the allegations of paragraph 12, defendants deny each and every, all and singular, generally and specifically, the allegations contained therein.

8. Answering the allegations of paragraph 13, defendants admit that attempts were made to ascertain whether decedent had a weapon. Further answering the allegations in said paragraph, defendants deny each and every, all and singular, generally and specifically, the allegations contained therein.

9. Answering the allegations of paragraph 14, defendants admit that one dog ran out of the vehicle, and defendants affirmatively allege that decedent commanded a second dog to exit the vehicle and attack an officer, which dog defendants admit was ultimately disabled by Deputy Williamson. Further answering the allegations in said paragraph, defendants deny each and every, all and singular, generally and specifically, the allegations contained therein.

10. Answering the allegations of paragraph 15, defendants admit that decedent was shot twice after a dog was disabled, and defendants affirmatively allege the shots were made in self-defense and in accordance with proper policies and procedures

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

3
ANSWER TO COMPLAINT

defendants lack sufficient information or belief to admit or deny the allegations, and based on such lack of information or belief, defendants deny each and every, all and singular, generally and specifically the remaining allegations contained therein.

11. Answering the allegations of paragraph 16, defendants admit that Deputy Williamson knew decedent's two vehicle tires had been disabled by a spike strip, and defendants affirmatively allege he knew decedent was suspected of committing a felony. Further answering the allegations of said paragraph, defendants deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

12. Answering the allegations of paragraphs 17 through 20, inclusive, defendants affirmatively allege that Deputy Williamson used such force as was reasonably necessary under the circumstances, in self-defense, and in accordance with proper policies, customs, practices and/or procedures; and, defendants otherwise deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

**FIRST CLAIM FOR RELIEF**

13. Answering paragraph 22, defendants incorporate by reference each and every affirmative allegation, admission and denial responsive to the paragraphs of plaintiffs' complaint incorporated by reference in paragraph 22, as if fully set forth herein.

14. Answering the allegations of paragraphs 23 through 28, inclusive, defendants affirmatively allege that Deputy Williamson used such force as was reasonably necessary under the circumstances, in self-defense, and in accordance with proper policies, customs, practices and/or procedures; and, defendants otherwise deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

**SECOND CLAIM FOR RELIEF**

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

4
ANSWER TO COMPLAINT

1  15. Answering paragraph 29, defendants incorporate by reference each and every affirmative allegation, admission and denial responsive to the paragraphs of plaintiffs' complaint incorporated by reference in paragraph 29, as if fully set forth herein.

14. Answering the allegations of paragraphs 30 through 33, inclusive, defendants affirmatively allege that Deputy Williamson used such force as was reasonably necessary under the circumstances, in self-defense, and in accordance with proper policies, customs, practices and/or procedures; and, defendants otherwise deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

### THIRD CLAIM FOR RELIEF

15. Answering paragraph 34, defendants incorporate by reference each and every affirmative allegation, admission and denial responsive to the paragraphs of plaintiffs' complaint incorporated by reference in paragraph 34, as if fully set forth herein.

16. Answering the allegations of paragraphs 35 through 41, inclusive, defendants affirmatively allege that Deputy Williamson used such force as was reasonably necessary under the circumstances, in self-defense, and in accordance with proper policies, customs, practices and/or procedures; and, defendants otherwise deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

### FOURTH CLAIM FOR RELIEF

17. Answering paragraph 42, defendants incorporate by reference each and every affirmative allegation, admission and denial responsive to the paragraphs of plaintiffs' complaint incorporated by reference in paragraph 42, as if fully set forth herein.

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

5
ANSWER TO COMPLAINT

16. Answering the allegations of paragraphs 43 through 48, inclusive, defendants affirmatively allege that Deputy Williamson used such force as was reasonably necessary under the circumstances, in self-defense, and in accordance with proper policies, customs, practices and/or procedures; and, defendants otherwise deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

### FIFTH CLAIM FOR RELIEF

17. Answering paragraph 49, defendants incorporate by reference each and every affirmative allegation, admission and denial responsive to the paragraphs of plaintiffs' complaint incorporated by reference in paragraph 49, as if fully set forth herein.

18. Answering paragraph 50 of the complaint, defendants admit that the County of Del Norte has duties to reasonably train and supervise members of the Del Norte County Sheriff's Department. Further answering said paragraph, defendants otherwise deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

19. Answering the allegations of paragraphs 51 through 55, inclusive, defendants affirmatively allege that Deputy Williamson used such force as was reasonably necessary under the circumstances, in self-defense, and in accordance with proper policies, customs, practices and/or procedures; and, defendants otherwise deny each and every, all and singular, generally and specifically, the remaining allegations contained therein.

### FIFTH CLAIM FOR RELIEF

20. Answering paragraph 56, defendants incorporate by reference each and every affirmative allegation, admission and denial responsive to the paragraphs of

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P O Drawer 1008
Eureka, CA 95502

6
ANSWER TO COMPLAINT

1  plaintiffs' complaint incorporated by reference in paragraph 56, as if fully set forth
2  herein.
3      21.    Answering paragraphs 57 and 58, inclusive, defendants lack sufficient
4  information or belief to admit or deny the allegations, and based on such lack of
5  information or belief, defendants deny each and every, all and singular, generally and
6  specifically the allegations contained therein.
7      22.    Answering the allegations of paragraphs 59, defendants otherwise deny
8  each and every, all and singular, generally and specifically, the allegations contained
9  therein.
10     23.    Answering paragraphs 60, defendants deny each and every, all and singular,
11 generally and specifically the allegations contained in the first 14 words of said
12 paragraph; and, lack sufficient information or belief to admit or deny the remaining
13 allegations contained in said paragraph, and based on such lack of information or belief,
14 defendants deny each and every, all and singular, generally and specifically the remaining
15 allegations contained therein.
16     24.    Answering paragraphs 61, defendants lack sufficient information or belief
17 to admit or deny the allegations, and based on such lack of information or belief,
18 defendants deny each and every, all and singular, generally and specifically the
19 allegations contained therein.

        WHEREFORE, defendants pray for judgment as set forth hereinafter.

### AFFIRMATIVE DEFENSES

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P O Drawer 1008
Eureka, CA 95502

7
ANSWER TO COMPLAINT

1  AS AND FOR A FIRST AFFIRMATIVE DEFENSE, to each purported cause of action, defendants allege that, as to each plaintiff, each purported cause of action fails to state facts sufficient to constitute a cause of action against these answering defendants, and each of them, and that the complaint fails to state a cause of action against any answering defendant.

AS AND FOR A SECOND AFFIRMATIVE DEFENSE, defendants state that the injuries and damages plaintiffs complain of, if any, resulted from the acts and/or omissions of others unassociated with the County of Del Norte, and without any fault on the part of these answering defendants.

AS AND FOR A THIRD AFFIRMATIVE DEFENSE, defendants allege that the individual defendants are entitled to absolute immunity and/or qualified immunity from liability based on their good faith in the propriety of their actions and the reasonable grounds for that belief.

AS AND FOR A FOURTH AFFIRMATIVE DEFENSE, defendants allege on information and belief that plaintiffs have failed to mitigate their damages.

AS AND FOR A FIFTH AFFIRMATIVE DEFENSE, defendants allege that the individual defendant was an employee of the County of Del Norte in doing the acts and things set forth in the complaint herein, and that said defendant was acting with the discretion vested in him by law, and that plaintiff is barred from recovery against said defendant by virtue of §820.2 of the California Government Code. Likewise, defendant County of Del Norte is not liable therefore by virtue of the provisions of §820.2 and §815.2(b) of the California Government Code.

AS AND FOR AN SIXTH AFFIRMATIVE DEFENSE, defendants allege that the individual defendant was an employee of the County of Del Norte in doing the acts and things set forth in the complaint herein, and that said defendant was acting with the discretion vested in him by law, and that plaintiffs are barred from recovery against said

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

8
ANSWER TO COMPLAINT

defendants by virtue of §820.4 of the California Government Code. Likewise, defendant County of Del Norte is not liable therefore by virtue of the provisions of §820.4 and §815.2(b) of the California Government Code.

AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE, defendants allege that the individual defendant was an employee of the County of Del Norte in doing the acts and things set forth in the complaint herein, and that said defendant was acting with the discretion vested in him by law, and that plaintiffs are barred from recovery against said defendants by virtue of §820.6 of the California Government Code. Likewise, defendant County of Del Norte is not liable therefore by virtue of the provisions of §820.6 and §815.2(b) of the California Government Code.

AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE, defendants allege that the individual defendant was an employee of the County of Del Norte in doing the acts and things set forth in the complaint herein, and that said defendant was acting with the discretion vested in him by law, and that plaintiffs are barred from recovery against said defendants by virtue of §820.8 of the California Government Code. Likewise, defendant County of Del Norte is not liable therefore by virtue of the provisions of §820.8 and §815.2(b) of the California Government Code.

AS AND FOR A NINTH AFFIRMATIVE DEFENSE, defendants allege that defendant County of Del Norte is not liable therefore by virtue of the provisions of §818.2 of the California Government Code.

AS AND FOR A TENTH AFFIRMATIVE DEFENSE, defendants allege that the individual defendant was an employee of the County of Del Norte in doing the acts and things set forth in the complaint herein, and that said defendant was acting with the discretion vested in him by law, and that plaintiffs are barred from recovery against said defendants by virtue of § 821 and §821.6 of the California Government Code. Likewise,

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

9
ANSWER TO COMPLAINT

defendant County of Del Norte is not liable therefore by virtue of the provisions of §821.6 and §815.2(b) of the California Government Code.

AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE, defendants allege that defendant County of Del Norte is not liable therefore by virtue of the provisions of §820(b) of the California Government Code.

AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE, defendants allege that the individual defendant was an employee of the County of Del Norte in doing the acts and things set forth in the complaint herein, and that said defendant was acting with the discretion vested in him by law, and that plaintiff is barred from recovery against said defendant by virtue of §822.2 of the California Government Code.  Likewise, defendant County of Del Norte is not liable therefore by virtue of the provisions of §822.2 and §815.2(b) of the California Government Code.

AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE, defendant County of Del Norte alleges that it is immune from liability pursuant to the provisions of §815(a) and §815.2(b) of the California Government Code.

AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE, defendants allege that the matters alleged in the complaint were exercised with reasonable diligence in the discharge of duties imposed on the public entity, and defendants are therefore immune from suit pursuant to §815.6 of the California Government Code.

AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE, defendants allege that the County of Del Norte and the individually named defendants, their agents, servants, and representatives, did not engage in any policy or practice violative of the civil rights of decedent.

AS AND FOR A SIXTEENTH AFFIRMATIVE DEFENSE, defendants allege on information and belief that this court lacks subject matter jurisdiction over the matters set

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

10
**ANSWER TO COMPLAINT**

forth in the complaint, in that the facts are not sufficient to state a cause of action for violation of Federal civil rights.

AS AND FOR A SEVENTEENTH AFFIRMATIVE DEFENSE, defendants allege they are immune from suit pursuant to Government Code §§844.6 and 845.

AS AND FOR AN EIGHTEENTH AFFIRMATIVE DEFENSE, defendants allege on informative and belief, to the extent plaintiffs have or may attempt to allege pendent State claims, such claims are barred by virtue of the provisions of §§900 et seq. of the California Government Code.

AS AND FOR A NINTHEENTH AFFIRMATIVE DEFENSE, defendants allege that plaintiffs are barred from recovery of exemplary and/or punitive damages from defendant Del Norte County, or any subdivision therein or from any individual defendant named in their official capacity by virtue of the provisions of §818 of the California Government Code as well as applicable federal law.

AS AND FOR A TWENTIETH AFFIRMATIVE DEFENSE, defendants allege that any claim for exemplary and/or punitive damages is violative of the provisions of the United States Constitution.

AS AND FOR A TWENTY-FIRST AFFIRMATIVE DEFENSE, defendants allege that they are immune from suit pursuant to the Eleventh Amendment of the United States Constitution.

AS AND FOR A TWENTY-SECOND AFFIRMATIVE DEFENSE, defendants cannot fully anticipate all affirmative defenses that may be applicable to this action; accordingly, defendants expressly reserve the right to assert additional defenses if and to the extent such affirmative defenses become applicable throughout the pendency of this action.

AS AND FOR A TWENTY-THIRD AFFIRMATIVE DEFENSE, defendants allege that defendants' acts were privileged under applicable statutes and case law.

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P O Drawer 1008
Eureka, CA 95502

11
ANSWER TO COMPLAINT

1  AS AND FOR A TWENTY-FOURTH AFFIRMATIVE DEFENSE, defendant COUNTY OF DEL NORTE alleges that plaintiff has failed to state a claim for relief under *Monell* and associated case law.

Defendants demand a jury.

WHEREFORE, defendants pray that:

1. Plaintiffs take nothing by their complaint on file herein;
2. Defendants have judgment against plaintiffs;
3. Defendants be awarded their costs of suit;
4. Defendants be awarded reasonable attorneys' fees under Rule 11 and/or on the ground that the action is brought without a good faith belief that the facts or applicable law support recovery;
5. Defendants be awarded reasonable attorneys' fees pursuant to California Code of Civil Procedure Section 1021.7 on the ground that the purported State claims are brought without a good faith belief that the facts or applicable law support recovery; and
6. For such other and further relief as the Court deems proper.

DATED: July 29, 2008

MITCHELL, BRISSO, DELANEY & VRIEZE

By: _____
John M. Vrieze
Attorneys for Defendants

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

12
ANSWER TO COMPLAINT