1  ERIC R. MAIER (SBN 182808)
2  LOUIS E. SHOCH (SBN 205557)
   MAIER SHOCH LLP
3  633 West Fifth Street, Suite 5880
   Los Angeles, CA 90071
4  Telephone: (213) 489-4778
   Facsimile:  (213) 489-4798
5
6  BRIAN E. CLAYPOOL (SBN 134674)
   THE CLAYPOOL LAW FIRM
7  633 West Fifth Street, Suite 5880
   Los Angeles, CA 90071
8  Telephone: (213) 488-2042
   Facsimile: (626) 796-9951
9
   Attorneys for Plaintiffs
10 GREGORY JONES and DARLENE JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JONES and DARLENE JONES, as administrators of the Estate of Eric Jones; GREGORY JONES, an individual; and DARLENE JONES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF DEL NORTE, CALIFORNIA, a government municipality; RAMSAY WILLIAMSON, an individual; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No.: CV 08-3222 NJV<br><br>**PLAINTIFFS' REQUEST FOR REASSIGNMENT TO A DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO DISTRICT JUDGE

Pursuant to Local Rule 73-1(a), Plaintiffs Gregory Jones and Darlene Jones hereby request reassignment to a district judge.

DATED: July 30, 2008

ERIC R. MAIER
LOUIS E. SHOCH
MAIER SHOCH LLP

BRIAN E. CLAYPOOL
THE CLAYPOOL LAW FIRM


By:         /s/ Eric R. Maier

Attorneys for Plaintiffs
GREGORY JONES and DARLENE JONES