UNITED STATES DISTRIC COURT

FOR THE NORHTERN DISTRICT

| | |
|---|---|
| GREGORY JONES, an individual and DARLENE JONE, an individual, as successors in interest to Eric Jones,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF DEL NORTE, CALIFORNIA et al, a political subdivision of the State of California<br><br>Defendants. | Case No.:  08-CV-03222-CW<br><br>[~~PROPOSED~~] ORDER RE: JOINT STIPULATION TO CONTINUE DISCOVERY AND EXPERT CUT OFF DATES |

**IT IS SO ORDERED:**

The Non Expert Discovery cut-off date is continued to October 25, 2009, for the purpose of completing the depositions of witnesses only.

The date to exchange Expert Witness disclosures and reports is hereby continued to November 16, 2009.  The Expert Witness discovery cut-off date is continued to December 18, 2009

DATED: __September 16, 2009__

_____
Claudia Wilken
**~~BERNARD ZIMMERMAN~~**
**UNITED STATES ~~MAGISTRATE JUDGE~~ DISTRICT JUDGE**

1