ERIC L. WESENBERG (STATE BAR NO. 139696)
ewesenberg@orrick.com
ULYSSES S. HUI (STATE BAR NO. 225521)
uhui@orrick.com
HAO (HELEN) LI (STATE BAR NO. 247420)
hli@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

M. PATRICIA THAYER (STATE BAR NO. 90818)
pthayer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     415-773-5700
Facsimile:      415-773-5759

STEPHEN P. MCGRATH (STATE BAR NO. 202696)
stevemcg@microsoft.com
MICROSOFT  CORPORATION
One Microsoft Way
Redmond, WA  98052-6399
Telephone:     425-882-8080

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BACKWEB TECHNOLOGIES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION; IANYWHERE SOLUTIONS, INC.; SYBASE, INC.; AND SYMANTEC CORPORATION, <br><br> Defendants. | Case No.  CV 09-1224-CW <br><br> **STIPULATION AND  ORDER PERMITTING MICROSOFT TO FILE ITS AMENDED ANSWER AND COUNTERCLAIMS TO BACKWEB TECHNOLOGIES, LTD.'S SECOND AMENDED COMPLAINT AND GRANTING MICROSOFT ADDITIONAL TIME TO SERVE DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS** |

1        WHEREAS, Plaintiff BackWeb Technologies, Ltd. ("BackWeb") filed a Second Amended Complaint alleging infringement against Microsoft Corp. ("Microsoft") on July 22, 2009;

       WHEREAS, Defendant Microsoft filed an Answer And Counterclaims to Plaintiff's Second Amended Complaint on August 10, 2009;

       WHEREAS, Defendant Microsoft wishes to file an additional counterclaim against BackWeb;

       IT IS HEREBY STIPULATED by and between BackWeb and Microsoft (the "Parties") through their designated counsel as follows:

1. the Parties agree that Defendant Microsoft shall have leave to file an Amended Answer and Counterclaims To BackWeb Technologies, Ltd.'s Second Amended Complaint no later than September 15, 2009;

2. the Parties agree that Defendant Microsoft shall have until October 9, 2009 to serve its Disclosure of Asserted Claims and Infringement Contentions (the "Disclosure") required by Patent Local Rule 3-1 and to produce the documents accompanying the Disclosure required by Patent Local Rule 3-2; and

3. the Parties agree that Plaintiff BackWeb shall have until November 20, 2009 to serve its Invalidity Contentions required by Patent Local Rule 3-3 and to produce the documents accompanying the Invalidity Contentions required by Patent Local Rule 3-4.

**IT IS SO STIPULATED**.

Dated: September 14, 2009

                             / s / *Eric L. Wesenberg* / s /
                             ERIC L. WESENBERG (SBN 139696)
                             ewesenberg@orrick.com
                             ULYSSES S. HUI (SBN 225521)
                             uhui@orrick.com
                             HAO (HELEN) LI (SBN 247420)
                             hli@orrick.com
                             ORRICK, HERRINGTON & SUTCLIFFE LLP
                             1000 Marsh Road
                             Menlo Park, CA  94025
                             Telephone:     650-614-7400
                             Facsimile:      650-614-7401

M. PATRICIA THAYER (SBN 90818)
pthayer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    415-773-5700
Facsimile:     415-773-5759

STEPHEN P. MCGRATH (SBN 202696)
stevemcg@microsoft.com
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA 98052-6399
Telephone:    425-882-8080
Facsimile:     425-936-7329

Attorneys for Defendant
MICROSOFT CORPORATION


                  /s/  *Bruce Wecker*  /s/
SPENCER HOSIE (SBN 101777)
shosie@hosielaw.com
BRUCE WECKER (SBN 078530)
bwecker@ hosielaw.com
GEORGE F. BISHOP (SBN 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA  94105
Telephone:    415-247-6000
Facsimile:     415-247-6001

Attorneys for Plaintiff
BACKWEB TECHNOLOGIES, LTD

## CERTIFICATION PURSUANT TO GENERAL ORDER 45

Pursuant to General Order 45X.B, I, Eric L. Wesenberg, attests that the above signatories for the BackWeb Technologies, Ltd. have concurred and consented to the filing of this document.

DATED:  September 14, 2009

                  /s/ *Eric L. Wesenberg* /s/
                    Eric L. Wesenberg

1

**ORDER**

2      PURSUANT TO STIPULATION, IT IS SO ORDERED.

3   DATED: September 16, 2009

4   _____

5   Honorable Claudia Wilken
    U.S. DISTRICT COURT JUDGE