UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JONES, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> COUNTY OF DEL NORTE, CALIF., et al., <br><br> Defendant(s). | No. C08-3222 CW (BZ) <br><br> **ORDER DENYING PRODUCTION OF FILE** |

This Order follows a telephone conference on September 25, 2009 concerning a discovery dispute over citizen's complaints contained the personnel file of Officer Carl Berry. After reviewing the file, I find that the contents therein are unrelated to the subject incident. Given the personal nature of the contents and their lack of relevance, I find that the privacy interests of the officer outweigh the need for their production.

Dated: September 30, 2009

_Bernard Zimmerman_
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\JONES V. CTY. OF DEL NORTE\DISC ORD 2.wpd

1