UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREGORY JONES and DARLENE JONES, as successors in interest to Eric Jones; GREGORY JONES, an individual; and DARLENE JONES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF DEL NORTE, CALIFORNIA, a political subdivision of the State of California; RAMSAY WILLIAMSON, an individual; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.: CV 08-3222 CW<br><br>**ORDER RE: JOINT STIPULATION TO CONTINUE DISCOVERY AND EXPERT CUT OFF DATES** |

**IT IS SO ORDERED:**

The Non Expert Discovery cut-off date is continued to November 8, 2009, for the purpose of completing the depositions of witnesses only.

The date to exchange Expert Witness disclosures and reports is hereby continued to November 30, 2009. The Expert Witness discovery cut-off date is continued to December 30, 2009.

10/21/09

DATED: _____

Claudia Wilken
United States District Judge

MITCHELL, BRISSO, DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502