UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREGORY JONES and DARLENE JONES, as successors in interest to Eric Jones; GREGORY JONES, an individual; and DARLENE JONES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF DEL NORTE, CALIFORNIA, a political subdivision of the State of California; RAMSAY WILLIAMSON, an individual; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.: CV 08-3222 CW<br><br>[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY CUT OFF DATES |

**IT IS SO ORDERED:**

Based upon the Joint Stipulation of all parties, the Expert Witness discovery cut-off date is continued from December 30, 2009 to **February 1, 2010.**

DATED: 12/21/09

Claudia Wilken
United States District Judge