MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREGORY JONES and DARLENE JONES, as successors in interest to Eric Jones; GREGORY JONES, an individual; and DARLENE JONES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF DEL NORTE, CALIFORNIA, a political subdivision of the State of California; RAMSAY WILLIAMSON, an individual; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.: CV 08-3222 CW<br><br>**ORDER**<br>**RE: JOINT STIPULATION**<br>**TO CONTINUE EXPERT**<br>**DISCOVERY CUT OFF DATE** |

**IT IS SO ORDERED:**

Based upon the Joint Stipulation of all parties, the Expert Witness discovery cut-off date is continued from February 1, 2010 to **February 26, 2010**.

DATED: 1/21/10

/s/ Claudia Wilken
Claudia Wilken
United States District Judge

1
**[PROPOSED] ORDER RE: JT. STIP. TO CONTINUE EXPERT DISCOVERY CUT OFF DATE**