UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JONES and DARLENE JONES, as successor in interest to Eric Jones, GREGORY JONES, an individual, and DARLENE JONES, an individual,<br><br>Plaintiff(s),<br><br>v.<br><br>COUNTY OF DEL NORTE, CALIFORNIA, a political subdivision of the State of California, and RAMSAY WILLIAMSON, an individual, and DOES 1 through 10 inclusive,<br><br>Defendant(s). | No. C08-3222 CW (BZ)<br><br>**ORDER SCHEDULING HEARING** |

**IT IS HEREBY ORDERED** that a hearing regarding defendants' Motion for Civil Contempt to Compel Compliance with Deposition Subpoena is scheduled for **Monday, March 29, 2010 at 1:30 p.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: March 25, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\JONES V. CTY OF DEL NORTE\ORDER SCHEDULING HRG. ON DEFS CONTEMPT MOTION.wpd

1