UNITED STATES DISTRIC COURT

FOR THE NORHTERN DISTRICT

| | |
|---|---|
| GREGORY JONES, an individual and DARLENE JONE, an individual, as successors in interest to Eric Jones,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF DEL NORTE, CALIFORNIA et al, a political subdivision of the State of California<br>Defendants. | Case No.: 08-CV-03222-CW<br><br>[~~PROPOSED~~] ORDER RE: PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE |

The Court having considered Plaintiffs' Motion Requesting Telephonic Appearance,

**IT IS HEREBY ORDERED:**

That Plaintiffs' request for telephonic appearance for the hearing regarding Defendants' Motion for Civil Contempt to Compel Compliance with Deposition Subpoena scheduled for Monday, March 29, 2010 at 1:30 p.m., is granted.

**DATED:** _ March 29, 2010                    _____

                                                                **BERNARD ZIMMERMAN**
                                                                **UNITED STATES MAGISTRATE JUDGE**

Counsel shall contact **CourtCall,** telephonic court appearances at **1-888-882-6878,** and make arrangements for the telephonic conference call.

1
[PROPOSED] ORDER RE: PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE
Case No: 08-CV-03222-CW