UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GREGORY JONES and DARLENE JONES, | No.08-cv-3332 CW/NJV |
| Plaintiffs, | |
| v. | **NOTICE AND ORDER SETTING FURTHER TELEPHONIC SETTLEMENT CONFERENCE** |
| COUNTY OF DEL NORTE, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a **Telephonic** Further Settlement Conference is scheduled for 10:00 a.m. on Monday, April 12, 2010.

**All counsel for all parties** shall appear at the Telephonic Further Settlement Conference with the parties and persons having full authority to negotiate and settle the case.

**No later than 5:00 p.m. on Friday, April 9, 2010 the parties shall send an email to NJVpo@cand.uscourts.gov with the telephone number(s) where all counsel may be reached for the 10:00 a.m. Telephonic Further Settlement Conference on Monday, April 12, 2010.**

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the Further Settlement Conference.

IT IS SO ORDERED.

Dated: April 8, 2010

_____
NANDOR J. VADAS
United States Magistrate Judge