1 | BRIAN E. CLAYPOOL, SBN 134674
2 | THE CLAYPOOL LAW FIRM
   | 1055 E. Colorado Blvd., 5th Floor
3 | Pasadena, California 91106
   | becesq@aol.com
4 | Telephone: (626) 240-4616
   | Facsimile:  (626) 240-4617
5 |
6 | LAW OFFICES OF VICKI I. SARMIENTO
   | A Professional Corporation
7 | VICKI I. SARMIENTO, SBN 134047
   | 333 N. Garfield Avenue
8 | Alhambra, California  91801
   | vsarmiento@vis-law.com
9 | Telephone:  (626) 308-1171
   | Facsimile:   (626) 308-1101
10 |
11 | LAW OFFICES OF DALE K. GALIPO
    | Dale K. Galipo, SBN 144074
12 | 21800 Burbank Blvd., Suite 310
    | Woodland Hills, California 91367
13 | dalekgalipo@yahoo.com
    | Telephone:  (818) 347-3333
14 | Facsimile:   (818) 347-34118

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY JONES, an individual and DARLENE JONE, an individual, as successors in interest to Eric Jones,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF DEL NORTE, CALIFORNIA, a political subdivision of the State of California; RAMSEY WILLIAMSON, an individual; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 08-CV-03222-CW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE** |

/ / /

/ / /

The case having settled, the parties through their respective attorneys of record stipulate to the dismissal of the entire action with prejudice by Plaintiffs, GREGORY JONES and DARLENE JONES, individually and successors in interest to ERIC JONES, against all defendants.

Dated: May 27, 2010          **LAW OFFICES OF VICKI I. SARMIENTO**
                             **LAW OFFICES OF DALE K. GALIPO**
                             **THE CLAYPOOL LAW FIRM**


                             By:  ___/s/*Vicki I. Sarmiento*_____
                             VICKI I. SARMIENTO
                             Attorneys for Plaintiffs, Gregory Jones and
                             Darlene Jones

Dated: May 27, 2010          **MITCHELL, BRISSO, DELANEY & VRIEZE**

                             By:  _____*/s/ John M. Vrieze*_____
                               JOHN M. VRIEZE
                               Attorneys for Defendants

### ORDER

The Court having considered the Stipulation for dismissal of the action hereby dismisses the entire action brought by plaintiffs against all defendants with prejudice.

**DATED: 5/28/2010**                    _____
                                        **HON. CLAUDIA WILKEN**